141 A.3d 293

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. S.S., DEFENDANT–MOVANT.

June 24, 2016.

It is ORDERED that the motion for leave to appeal is granted.